Daniel BROWN, Plaintiff/Appellant,

v.

RIGAZZI'S, INC.,
Defendant/Respondent.

No. 61074.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 17, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 28, 1993.

Application to Transfer Denied
March 23, 1993.

Stephen M. Glassman, Clayton, for plaintiff/appellant.

Michael C. Margherio, Amelung, Wulff & Willenbrock, St. Louis, for defendant/respondent.

## ORDER

PER CURIAM.

Plaintiff appeals after the jury returned a verdict for defendant in his case for damages allegedly resulting from injuries suffered following food poisoning. We affirm. No error of law appears and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).

Ray E. CURTIS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 45664.

Missouri Court of Appeals,
Western District.

Nov. 24, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 22, 1992.

Application to Transfer Denied
March 23, 1993.

Anthony C. Cardella, Laura G. Martin, Asst. Appellate Defenders, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and SHANGLER and KENNEDY, JJ.

## ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for postconviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).